NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RASHID EL MALIK,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7069

---

Appeal from the United States Court of Appeals for Veterans Claims in 11-2712, Judge Robert N. Davis.

---

## ON MOTION

---

## ORDER

Rashid El Malik moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

MAY 0 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Rashid El Malik
     Steven M. Mager, Esq.

s21

Issued As A Mandate:        MAY 0 1 2012
                      _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 1 2012

JAN HORBALY
CLERK